Leslie A. Huntington, as Trustee in Bankruptcy of South Shore Co-operative ·Association, Inc., Appellant, *v.* Henry Waldorff, Respondent.

Argued October 5, 1939; decided October 20, 1939.

*Robert N. Palmer* for appellant.

*Glenn W. Woodin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.